DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ELIZABETH RAMIREZ**,
Appellant,

v.

**ALEXANDER RAMIREZ CAPRILES**,
Appellee.

No. 4D17-2868

[March 22, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Scott Suskauer, Judge; L.T. Case No. 502014DR 005018XXXXMB FC.

Philip M. Chopin of Chopin & Chopin, LP, West Palm Beach, for appellant.

Daniel S. Weinger and Robin Bresky of the Law Offices of Robin Bresky, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and KUNTZ, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***